No. 95–6670. FICA v. BUTTERWORTH, ATTORNEY GENERAL OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–6688. DICKERSON v. UNITED PARCEL SERVICE. C. A. 3d Cir. Certiorari denied.

No. 95–6699. BUHRMASTER v. OVERNITE TRANSPORTATION CO. C. A. 6th Cir. Certiorari denied.

No. 95–6701. MCINTYRE v. HATCHER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–6702. VALLES v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–6703. TALLEY v. MARYLAND ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–6704. CAREY v. ST. THERESA SCHOOL ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–6705. BEDSON v. CLEGG, DEPUTY SHERIFF, PASCO COUNTY, FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–6709. COTHAM v. CARLTON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–6720. STOKLEY v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 95–6726. LIPSCOMB v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 95–6741. STOKES v. WOOD, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 95–6742. PHILLIPS v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 3d Cir. Certiorari denied.

No. 95–6747. COLE v. CITY OF MILWAUKEE, WISCONSIN, ET AL. C. A. 7th Cir. Certiorari denied.